PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

## UNITED STATES BANKRUPTCY COURT
District of New Jersey

|  |  |
|---|---|
| In Re:                    x<br>                       x<br>Vanessa Lott         x<br>                       x<br>        Debtor.     x | 19-24738 SLM<br>CHAPTER 13<br><br>**APPLICATION IN SUPPORT OF**<br>**CONSENT ORDER RESOLVING**<br>**CREDITOR'S OBJECTION TO THE**<br>**PROPOSED CHAPTER 13 PLAN** |

      THIS MATTER having been opened by the Creditor, Garden Savings Federal Credit Union, through its counsel, Peter J. Liska, LLC (Allison J. Kiffin, Esq. appearing) is made in support of a Consent Order being submitted permitting Debtor, Vanessa Lott to amend her Plan to include the Creditor's Claim for pre-petition arrears of $1,914.49 on the automobile loan the Debtor has with the Creditor.

Dated: 9|25|19

By: _Is/Allison J. Kiffin, Esq._
           Allison J. Kiffin, Esq.

PETER J. LISKA, LLC


By:    /s/ Allison J. Kiffin
         (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

### UNITED STATES BANKRUPTCY COURT
District of New Jersey

|  |  |  |
|---|---|---|
| | x | **CASE NO: 19-24738**<br>**CHAPTER 13** |
| In Re: | x | |
| | x | **CONSENT ORDER RESOLVING**<br>**CREDITOR'S OBJECTION TO** |
| VANESSA LOTT | x | **CONFIRMATION OF THE PROPOSED** |
| | x | **CHAPTER 13 PLAN** |
| | x | |
| Debtors. | x | Hon. Stacey L. Meisel, U.S.B.J.<br>Conf. Hearing: September 25, 2019 |

This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by way of an Objection to Confirmation of the proposed Chapter 13 Plan, by counsel for the Creditor, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, and after having conferred with Debtor's Attorney, Russell L. Low, Esq., the parties hereby consent to the entry of the within Consent Order Resolving the Creditor's Objection to Confirmation of the Plan as follows:

1.  The parties agree to include the Creditor's Claim for pre-petition arrears of $1914.49 on the automobile loan the Debtor has with the Creditor (Claim #5-1) into the Chapter 13 Plan, which claim is to be paid through the Plan to the Creditor, and

2.  This Order shall be incorporated in and become part of any Order Confirming the Plan in this matter.

**BY SIGNING BELOW, THE PARTIES HEREBY CONSENT TO THE ABOVE ORDER.**

Vanessa  Lott,  Debtor
Union,

Garden  Savings  Federal  Credit

Creditor
By:  Allison J. Kiffin, Esq.
Counsel for the Creditor

Dated: 9·25·19

Dated: 9|25|19

2