UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Allison J. Kiffin, Esq.
PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
Attorneys for Garden Savings Federal Credit Union

Order Filed on October 1, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Vanessa Lott
              Debtors.

Case No.: 19-24738

Chapter 13

Judge: Stacey L. Meisel, U.S.B.J.

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF THE PROPOSED CH. 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Dated:

_____
Honorable Stacey L. Meisel, U.S.B.J.

DATED: October 1, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

PETER J. LISKA, LLC

By: /s/ *Allison J. Kiffin*
    (Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| | | |
|---|---|---|
| In Re: | x | CASE NO: 19-24738 |
| | x | CHAPTER 13 |
| VANESSA LOTT | x | **CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF THE PROPOSED CHAPTER 13 PLAN** |
| | x | |
| | x | |
| Debtors. | x | Hon. Stacey L. Meisel, U.S.B.J. |
| | | Conf. Hearing: September 25, 2019 |

    This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by way of an Objection to Confirmation of the proposed Chapter 13 Plan, by counsel for the Creditor, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, and after having conferred with Debtor's Attorney, Russell L. Low, Esq., the parties hereby consent to the entry of the within Consent Order Resolving the Creditor's Objection to Confirmation of the Plan as follows:

1. The parties agree to include the Creditor's Claim for pre-petition arrears of $1914.49 on the automobile loan the Debtor has with the Creditor (Claim #5-1) into the Chapter 13 Plan, which claim is to be paid through the Plan to the Creditor, and

2. This Order shall be incorporated in and become part of any Order Confirming the Plan in this matter.

BY SIGNING BELOW, THE PARTIES HEREBY CONSENT TO THE ABOVE ORDER.

_____  
Vanessa Lott, Debtor

_____  
Garden Savings Federal Credit Union,  
Creditor  
By: Allison J. Kiffin, Esq.  
Counsel for the Creditor

Dated: 9.25.19

Dated: 9/25/19

2