UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Allison J. Kiffin, Esq.
PETER J. LISKA, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
Attorneys for Garden Savings Federal Credit Union

In Re:

Vanessa Lott
              Debtors.

Order Filed on October 1, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 19-24738

Chapter 13

Judge: Stacey L. Meisel, U.S.B.J.

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF THE PROPOSED CH. 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Dated:

Honorable Stacey L. Meisel, U.S.B.J.

DATED: October 1, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

PETER J. LISKA, LLC

By: /s/ Allison J. Kiffin
(Allison J. Kiffin, Esq.)
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
(732) 933-7777
(AJK 0179)
Attorneys for Garden Savings Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

| | |
|---|---|
| In Re:<br><br>VANESSA LOTT<br><br><br>Debtors. | CASE NO: 19-24738<br>CHAPTER 13<br><br>**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF THE PROPOSED CHAPTER 13 PLAN**<br><br>Hon. Stacey L. Meisel, U.S.B.J.<br>Conf. Hearing: September 25, 2019 |

This matter having been opened by the Creditor, Garden Savings Federal Credit Union, by way of an Objection to Confirmation of the proposed Chapter 13 Plan, by counsel for the Creditor, Peter J. Liska, L.L.C., Allison J. Kiffin, Esq., appearing, and after having conferred with Debtor's Attorney, Russell L. Low, Esq., the parties hereby consent to the entry of the within Consent Order Resolving the Creditor's Objection to Confirmation of the Plan as follows:

1. The parties agree to include the Creditor's Claim for pre-petition arrears of $1914.49 on the automobile loan the Debtor has with the Creditor (Claim #5-1) into the Chapter 13 Plan, which claim is to be paid through the Plan to the Creditor, and

2. This Order shall be incorporated in and become part of any Order Confirming the Plan in this matter.

BY SIGNING BELOW, THE PARTIES HEREBY CONSENT TO THE ABOVE ORDER.

_____          _____
Vanessa Lott, Debtor                                    Garden Savings Federal Credit Union,
                                                                        Creditor
                                                                        By: Allison J. Kiffin, Esq.
                                                                        Counsel for the Creditor

Dated: 9.25.19                                             Dated: 9/25/19

2

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Maria Lott  
     Debtor

Case No. 19-24738-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.  
db          +Vanessa Maria Lott,    5601 Kennedy Blvd., Apt 11I,    West New York, NJ 07093-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:

         Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union collections@peterliska.com  
         Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Vanessa Maria Lott rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 6