Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–24738–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Vanessa Maria Lott
　425 Mikasa Drive
　Alpharetta, GA 30022

Social Security No.:
　xxx–xx–3519

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 27, 2019.

On 5/5/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:　　　　　　June 10, 2020
Time:　　　　　　 08:30 AM
Location:　　　　Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2020
JAN: rh

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-24738-SLM
Vanessa Maria Lott                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2          Date Rcvd: May 07, 2020
                              Form ID: 185               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Vanessa Maria Lott,    425 Mikasa Drive,    Alpharetta, GA 30022-7932
518378833      +Aldridge Pite, LLP,    15 Piedmont Center,    Atlanta, GA 30305-1527
518378839      +FAIR COLLECTIONS & OUT,    12304 BALTIMORE AVE STE,    BELTSVILLE, MD 20705-1314
518378840      +GARDEN SAVINGS F.C.U.,    129 LITTLETON RD,    PARSIPPANY, NJ 07054-1897
518429126      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518378841      +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
518378842      +SEARS/CBNA,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
518378843      +SLS,    8742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129-2386
518378844      +SUMMIT COLLECTION SVCS,    50 N FRANKLIN TPKE STE 1,    HO HO KUS, NJ 07423-1562
518405738      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518400129       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
518378848      +US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
518500582      +Wilmington Trust, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:41:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518378832      +E-mail/Text: EBNProcessing@afni.com May 07 2020 23:38:30     AFNI, INC.,   PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
518378834      +E-mail/Text: bkrpt@retrievalmasters.com May 07 2020 23:38:19      AMCA,   2269 S SAW MILL,
                 ELMSFORD, NY 10523-3832
518406304       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 23:42:52
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518378835       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2020 23:41:50     CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
518378837      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2020 23:38:10      COMENITYBK/VICTORIASEC,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
518378838      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2020 23:38:10      COMENITYCAP/OVERSTOCK,
                 PO BOX 182120,    COLUMBUS, OH 43218-2120
518469799       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:42:42
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
518488860       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 23:38:16
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
518392264       E-mail/Text: bnc-quantum@quantum3group.com May 07 2020 23:38:17
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
518378845      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:43:23     SYNCB/GAP,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
518378846      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:41:45     SYNCB/IKEA,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
518381106      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:42:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518378849      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2020 23:37:24
                 VERIZON,   PO BOX 650584,    DALLAS, TX 75265-0584
518482786      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2020 00:05:04      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Garden Savings Federal Credit Union,   c.o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518378836*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,   RICHMOND, VA 23238)
518378847*     +SYNCB/IKEA,   PO BOX 965005,    ORLANDO, FL 32896-5005
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 07, 2020
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
          Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
           collections@peterliska.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
           Trustee to Citibank Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, as Successor
           Trustee to Citibank Et Al... rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Vanessa Maria Lott ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```