**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
**Attorneys for Debtors**

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vanessa Maria Lott | : | CASE NO. 19-24738 |
| | : | The Honorable Stacey L. Meisel |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Vanessa Maria Lott
Case No. 19-24738-SLM
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY

---

The Applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Russell L. Low, the applicant is allowed a fee of $1,000.00 for services rendered. The fee is payable:

**( x )** outside the Plan