RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vanessa Maria Lott | : | CASE NO. 19-24738 |
| | : | The Honorable Stacey L. Meisel |

_____

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY**
_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 14, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Vanessa Maria Lott
Case No. 19-24738-SLM
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES FOR DEBTOR'S ATTORNEY

_____

The Applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Russell L. Low, the applicant is allowed a fee of $1,000.00 for services rendered. The fee is payable:

( x ) outside the Plan

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Maria Lott  
    Debtor

Case No. 19-24738-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 14, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db          +Vanessa Maria Lott,    425 Mikasa Drive,    Alpharetta, GA 30022-7932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

         Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union collections@peterliska.com  
         Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Vanessa Maria Lott ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                         TOTAL: 6