**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on July 2, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Vanessa Maria Lott | : | CASE NO. 19-24738 |
| | : | The Honorable Stacey L. Meisel |
| Debtor | : | Hearing Date: May 27, 2020 at 10:00 a.m. |

___

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**
___

     The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: July 2, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

.

Page 2
Debtor: Vanessa Maria Lott
Case No. 19-24738-SLM
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT
_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's personal injury case, the Court having examined the evidence presented, and for good cause shown, IT IS HEREBY

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $90,000.00.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $30,734.27 to be disbursed to the debtor's special counsel, Dan T. Matrafajlo, Esq.

**FURTHER ORDERED** that $1,000.00 be disbursed to Russell L. Low, Esq. upon entry of an Order Granting Supplemental Chapter 13 Fees.

**FURTHER ORDERED** that the non-exempt proceeds be remitted to the Chapter 13 Standing Trustee, Marie-Ann Greenberg to pay off the remaining unsecured claims at 100% excluding the student loan claim filed by the United States Department of Education, which is to be paid outside of the Chapter 13 Plan.

**FURTHER ORDERED** that any remaining non-exempt proceeds be disbursed by the Chapter 13 Standing Trustee to the mortgagee to be paid toward the pre-petition mortgage arrears.

**FURTHER ORDERED** that net proceeds in the amount of $38,960.00 shall be disbursed to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-24738-SLM
Vanessa Maria Lott                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jul 02, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db             +Vanessa Maria Lott,    425 Mikasa Drive,    Alpharetta, GA 30022-7932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
      Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
       collections@peterliska.com
      Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank Et Al... rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Vanessa Maria Lott ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 6