RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | | |
| Vanessa Maria Lott | : | CASE NO. 19-24738 |
| | | |
| Debtor | : | HONORABLE STACEY L. MEISEL |

---

### ATTORNEY'S RESPONSE TO SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Vanessa Maria Lott in this bankruptcy proceeding.

2. On July 23, 2020, the Secured Creditor, mortgagee Specialized Loan Servicing for debtor's property at 425 Mikasa Drive Alpharetta, GA 30022 filed a Motion for Relief from Stay.

3. The debtor has brought the mortgage payments current through July 2020.

4. As per the debtor, she will make the mortgage payment for August 2020 by the end of the month of August.

5. Therefore, I am respectfully requesting on behalf of the debtor the opportunity to resolve this Motion for Relief from Stay.

Date:  <u>August 19, 2020</u>                                      /s/ Russell L. Low
                                                                         **RUSSELL L. LOW, ESQ.**
                                                                         Attorney for Debtor