Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24738−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa Maria Lott
   425 Mikasa Drive
   Alpharetta, GA 30022

Social Security No.:
   xxx−xx−3519

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/17/20
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Low&Low LLC

COMMISSION OR FEES
$1.100.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☑    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: By $1.100.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 6, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24738-SLM |
| Vanessa Maria Lott | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: 137 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Maria Lott, 425 Mikasa Drive, Alpharetta, GA 30022-7932 |
| sp | + | Dan T. Matrafajlo, Beninato and Matrafajlo, 1207 E. Grand Street, 2nd Floor, Elizabeth, NJ 07201-2327 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518378833 | + | Aldridge Pite, LLP, 15 Piedmont Center, Atlanta, GA 30305-1527 |
| 518378839 | + | FAIR COLLECTIONS & OUT, 12304 BALTIMORE AVE STE, BELTSVILLE, MD 20705-1314 |
| 518378840 | + | GARDEN SAVINGS F.C.U., 129 LITTLETON RD, PARSIPPANY, NJ 07054-1897 |
| 518429126 | + | Garden Savings Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518378841 | + | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 518378842 | + | SEARS/CBNA, PO BOX 6189, SIOUX FALLS, SD 57117-6189 |
| 518378843 | + | SLS, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 518378844 | + | SUMMIT COLLECTION SVCS, 50 N FRANKLIN TPKE STE 1, HO HO KUS, NJ 07423-1562 |
| 518405738 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518400129 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518378848 | + | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 518500582 | + | Wilmington Trust, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2020 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2020 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 22:16:10 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518378832 | + | Email/Text: EBNProcessing@afni.com | Oct 06 2020 22:07:00 | AFNI, INC., PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 518378834 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 06 2020 22:07:00 | AMCA, 2269 S SAW MILL, ELMSFORD, NY 10523-3832 |
| 518406304 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2020 22:16:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518378835 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2020 22:16:37 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518378837 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2020 22:07:00 | COMENITYBK/VICTORIASEC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 518378838 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 06 2020 22:07:00 | COMENITYCAP/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 137 | Total Noticed: 32 |

| 518469799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 06 2020 22:17:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518392264 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 06 2020 22:07:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518488860 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 06 2020 22:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518378845 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:09 | SYNCB/GAP, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518378846 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:10 | SYNCB/IKEA, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518381106 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 06 2020 22:16:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518378849 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 06 2020 22:06:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 518482786 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Oct 06 2020 22:16:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Garden Savings Federal Credit Union, c.o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518378836 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518378847 | *+ | SYNCB/IKEA, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 518948395 | *+ | Wilmington Trust, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison J. Kiffin | |
| | on behalf of Creditor Garden Savings Federal Credit Union collections@peterliska.com |
| Denise E. Carlon | |

      on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank Et Al...
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

      on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg

      magecf@magtrustee.com

Rebecca Ann Solarz

      on behalf of Creditor Wilmington Trust  National Association, as Successor Trustee to Citibank Et Al...
rsolarz@kmllawgroup.com

Russell L. Low

      on behalf of Debtor Vanessa Maria Lott ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7