**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

VANESSA MARIA LOTT

Debtor(s)

Order Filed on November 18, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-24738

Chapter 13

Judge:  The Honorable Stacey L. Meisel

Hearing Date:  November 17, 2020, 2:30pm

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,100.00 for services rendered and expenses in the amount of $0.00 for a total of $1,100.00. The allowance is payable:

  _X_    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.