Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 4, 2022**

**Chapter 13 Case # 19-24738**

Re:  VANESSA MARIA LOTT  
425 MIKASA DRIVE  
ALPHARETTA, GA  30022

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/12/2019 | $500.00 | 6090599000 | 09/04/2019 | $492.48 | 6150162000 |
| 10/28/2019 | $200.00 | 6281120000 | 11/01/2019 | $250.00 | 6293157000 |
| 11/19/2019 | $500.00 | 6341269000 | 12/16/2019 | $492.48 | 6408092000 |
| 01/16/2020 | $250.00 | 6487928000 | 02/18/2020 | $492.48 | 6563813000 |
| 05/18/2020 | $492.48 | 6795532000 | 06/15/2020 | $750.00 | 6864763000 |
| 06/22/2020 | $200.00 | 6881981000 | 07/27/2020 | $552.00 | 6964784000 |
| 08/07/2020 | $19,305.73 | BENINATO 02623 | 08/17/2020 | $250.00 | 7013200000 |
| 08/19/2020 | $250.00 | 7022143000 | 10/05/2020 | $552.00 | 7134203000 |
| 11/23/2020 | $275.00 | 7253469000 | 12/15/2020 | $275.00 | 7308244000 |
| 12/21/2020 | $250.00 | 7322290000 | 01/19/2021 | $552.00 | 7385304000 |
| 02/16/2021 | $552.00 | 7455698000 | 03/11/2021 | $552.00 | 7517683000 |
| 04/08/2021 | $1,000.00 | 7587375000 | 05/12/2021 | $1,000.00 | 7665064000 |
| 06/14/2021 | $1,000.00 | 7737696000 | 07/14/2021 | $1,500.00 | 7808622000 |
| 08/18/2021 | $1,500.00 | 7886865000 | 09/16/2021 | $1,500.00 | 7950998000 |
| 10/19/2021 | $1,500.00 | 8024648000 | 11/18/2021 | $1,500.00 | 8090009000 |
| 12/22/2021 | $1,770.00 | 8162606000 | | | |

**Total Receipts: $40,255.65  -  Amount Refunded to Debtor:  $95.95  =  Receipts Applied to Plan: $40,159.70**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,712.63 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 5,850.00 | 100.00% | 5,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFNI, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 909.00 | 100.00% | 909.00 | 0.00 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,097.95 | 100.00% | 1,097.95 | 0.00 |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 33.22 | 100.00% | 33.22 | 0.00 |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 157.07 | 100.00% | 157.07 | 0.00 |
| 0007 | FAIR COLLECTIONS & OUT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-24738**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0008 | GARDEN SAVINGS FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SANTANDER CONSUMER USA INC. | UNSECURED | 4,082.85 | 100.00% | 4,082.85 | 0.00 |
| 0010 | SEARS/CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 24,488.29 | 100.00% | 24,488.29 | 0.00 |
| 0012 | SUMMIT COLLECTION SVCS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | SYNCB/GAP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SYNCB/IKEA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 297.69 | 100.00% | 297.69 | 0.00 |
| 0019 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | SYNCB/IKEA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $40,159.70**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ASHLEY FUNDING SERVICES LLC | | | | | | |
| | 09/21/2020 | $909.00 | 855909 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 09/21/2020 | $1,097.95 | 8001772 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 09/21/2020 | $33.22 | 8001771 | 09/21/2020 | $157.07 | 8001771 |
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 09/21/2020 | $4,082.85 | 856584 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 12/13/2021 | $1,394.76 | 881964 | 12/13/2021 | $30.24 | 881964 |
| | 01/10/2022 | $30.25 | 883605 | 01/10/2022 | $1,394.75 | 883605 |
| | 02/14/2022 | $1,556.60 | 885271 | 02/14/2022 | $33.75 | 885271 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 09/21/2020 | $297.69 | 855719 | | | |
| WILMINGTON TRUST NA | | | | | | |
| | 09/21/2020 | $251.74 | 855544 | 09/21/2020 | $11,609.79 | 855544 |
| | 02/22/2021 | $647.18 | 864453 | 02/22/2021 | $14.03 | 864453 |
| | 04/19/2021 | $21.67 | 867981 | 04/19/2021 | $999.53 | 867981 |
| | 05/17/2021 | $905.37 | 869925 | 05/17/2021 | $19.63 | 869925 |
| | 06/21/2021 | $19.95 | 871686 | 06/21/2021 | $920.05 | 871686 |
| | 07/19/2021 | $920.05 | 873540 | 07/19/2021 | $19.95 | 873540 |
| | 08/16/2021 | $29.93 | 875229 | 08/16/2021 | $1,380.07 | 875229 |
| | 09/20/2021 | $1,380.07 | 876949 | 09/20/2021 | $29.93 | 876949 |
| | 10/18/2021 | $29.93 | 878741 | 10/18/2021 | $1,380.07 | 878741 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 04, 2022.

Receipts: $40,159.70    -    Paid to Claims: $31,597.07    -    Admin Costs Paid: $8,562.63    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **$0.00

**Chapter 13 Case # 19-24738**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.